**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MACE LOMBARDO,<br><br>        Plaintiff,<br><br>    vs.<br><br>FORD MOTOR COMPANY, and<br>DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. 2:25-cv-01430-AB-MAA<br><br>**[PROPOSED] JUDGMENT AS TO<br>THE FIFTH CLAIM FOR RELIEF** |

[PROPOSED] JUDGMENT

The Court, having considered Defendant Ford Motor Company's Motion for Partial Summary Judgment ("Motion"), the supporting papers, and the papers and pleadings on file, it is HEREBY ORDERED, ADJUDGED, AND DECREED that:

Partial Summary Judgment as to the fifth claim for relief in Plaintiff's Complaint is entered in favor of Defendant Ford Motor Company.

Plaintiff's fifth claim for relief in the Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: June 10, 2026

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

MORTENSON
TAGGART
ADAMS LLP

CERTIFICATE OF SERVICE