**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH MACE LOMBARDO,<br>Plaintiff,<br>v.<br>FORD MOTOR COMPANY; GALPIN FORD, and DOES 1 through 10, inclusive,,<br>Defendants. | Case No. 2:25-cv-01430-AB-MAA<br><br>**~~[PROPOSED]~~ JUDGMENT** |

The Court, having considered Plaintiff's Request for Entry of Judgment and finding good cause therefore, hereby **GRANTS** the Entry of Judgment.

IT IS HEREBY ORDERED as follows:

1. Plaintiff JOSEPH MACE LOMBARDO ("Plaintiff") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 June 19, 2026.
2. Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $145,901.36 pursuant to the terms of the Rule 68 Offer.

Dated: July 7, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE